**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-10612 |
| | § | |
| GERALD FRANCIS TOTH, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**AMENDED**
**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 s Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 2/24/2011, in Courtroom 682, 219 S Dearborn Chicago, IL 60604 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/04/2011     By: /s/ Horace Fox, Jr.
                                                         (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-10612 |
| | § | |
| GERALD FRANCIS TOTH, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $4,677.19
*and approved disbursements of*     $0.00
*leaving a balance on hand of[1]:*     $4,677.19

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,677.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $1,169.30 | $0.00 | $1,169.30 |

Total to be paid for chapter 7 administrative expenses:     $1,169.30
Remaining balance:     $3,507.89

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $3,507.89

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $3,507.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $65,753.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Chase Bank USA, N.A. | $14,488.73 | $0.00 | $772.97 |
| 2 | Chase Bank USA, N.A. | $7,647.22 | $0.00 | $407.97 |
| 3 | Chase Bank USA, N.A. | $10,726.02 | $0.00 | $572.22 |
| 4 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | $15,515.83 | $0.00 | $827.76 |
| 5 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | $17,375.59 | $0.00 | $926.97 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,507.89 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Horace Fox, Jr.
                        Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 1          Date Rcvd: Feb 01, 2011
Case: 10-10612                Form ID: pdf006              Total Noticed: 18

The following entities were noticed by first class mail on Feb 03, 2011.
db          +Gerald Francis Toth, Jr.,    2235 Ashley Crossing Dr,   #5A,   Charleston, SC 29414-5708
aty         +Bennett A Kahn.,   Melvin J. Kaplan & Associates,    55 E. Jackson,   Suite 650,
              Chicago, IL 60604-4457
15245559     Aurora Loan Services,    2617 College Park,   P.O. Box 1706,   Scottsbluff, NE 69363-1706
15245560    +Aurora Loan Servicing Inc.,    10350 Park Meadows Drive Street,    Littleton, CO 80124-6800
15245562     Bank of America,    P.O. Box 15026,   Wilmington, DE 19886-5726
15245563     Bank of America/AAA FInancial Svcs,    P.O. Box 15026,   Wilmington, DE 19886-5726
15245564     Capital One Bank,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
15245565     Capital One Bank/Business CC,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
15677541     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15245566     Chase Bank/Business CC,    Cardmember Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
15245567     Chase Bank/Cornell,    Cardmember Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
15245568     Chase Bank/United Mileage,    Cardmember Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
15245569     Citi Cards,    P.O. Box 142319,   Irving, TX 75014-2319
15245572    +FIA Card Services, N.A.,    c/o Frederick Hanna & Associates,    1427 Roswell Road,
              Marietta, GA 30062-3668
15245571    +FIA Card Services, N.A.,    c/o Fredrick J. Hanna & Associates,,   1427 Roswell Road,
              Marietta, GA 30062-3668
15245558    +Thirty Four Seventy North,    Lake Shore Drive Condo,   c/o The Building Group,    1045 W. Lawrence,
              Chicago, IL 60640-5046
The following entities were noticed by electronic transmission on Feb 02, 2011.
tr          +E-mail/Text: HFOX@LEHMANFOX.COM                            Horace Fox, JR,   Lehman & Fox,
              6 E Monroe St,   Chicago, IL 60603-2704
15879173     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2011 01:59:40
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15245561*   +Aurora Loan Servicing Inc.,    10350 Park Meadows Drive Street,   Littleton, CO 80124-6800
15245570*    Citi Cards,   P.O. Box 142319,    Irving, TX 75014-2319
15245573    ##Home Depot,   P.O. Box 689100,    Des Moines, IA 50368-9100
                                                                                   TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2011**                    **Signature:**    *Joseph Speetjens*