UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 10-10612
§
GERALD FRANCIS TOTH, Jr. §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $296,699.00 | Assets Exempt: | $22,200.00 |
| Total Distributions to Claimants: | $3,508.33 | Claims Discharged Without Payment: | $172,574.06 |
| Total Expenses of Administration: | $1,169.30 | | |

3) Total gross receipts of $4,677.63 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,677.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $335,290.40 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,169.30 | $1,169.30 | $1,169.30 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $175,349.00 | $65,753.39 | $65,753.39 | $3,508.33 |
| **Total Disbursements** | $510,639.40 | $66,922.69 | $66,922.69 | $4,677.63 |

4). This case was originally filed under chapter 7 on 03/12/2010. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2011     By: /s/ Horace Fox, Jr.
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| future interest in inheritance to be received from Mother's estate | 1129-000 | $4,676.49 |
| Interest Earned | 1270-000 | $1.14 |
| **TOTAL GROSS RECEIPTS** | | $4,677.63 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3470 N. Lake Shore Drive Condo | 4110-000 | $8,537.40 | NA | $0.00 | $0.00 |
| | Aurora Loan Servicing Inc. | 4110-000 | $276,000.00 | NA | $0.00 | $0.00 |
| | Aurora Loan Servicing Inc. | 4110-000 | $50,753.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $335,290.40 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $1,169.30 | $1,169.30 | $1,169.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,169.30 | $1,169.30 | $1,169.30 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, | 7100-000 | $14,299.00 | $14,488.73 | $14,488.73 | $773.06 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | N.A. | | | | | |
| 2 | Chase Bank USA, N.A. | 7100-000 | $7,522.00 | $7,647.22 | $7,647.22 | $408.02 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $10,565.00 | $10,726.02 | $10,726.02 | $572.30 |
| 4 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | 7100-000 | $15,516.00 | $15,515.83 | $15,515.83 | $827.86 |
| 5 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | 7100-000 | $17,118.00 | $17,375.59 | $17,375.59 | $927.09 |
| | Capital One Bank | 7100-000 | $57,692.00 | NA | NA | $0.00 |
| | Capital One Bank/Business CC | 7100-000 | $5,058.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $43,749.00 | NA | NA | $0.00 |
| | Home Depot | 7100-000 | $3,830.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $175,349.00 | $65,753.39 | $65,753.39 | $3,508.33 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 10-10612 | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | TOTH, Jr., GERALD FRANCIS | | Date Filed (f) or Converted (c): | 03/12/2010 (f) |
| For the Period Ending: | 3/29/2011 | | §341(a) Meeting Date: | 04/29/2010 |
| | | | Claims Bar Date: | 08/20/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | condo located at 3470 N. Lake Shore Drive Unit 18B in Chicago Illinois | $290,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | checking account at Chase Bank | $0.00 | $0.00 | DA | $0.00 | FA |
| 3 | checking account at Fifth Third Bank | $2,899.00 | $0.00 | DA | $0.00 | FA |
| 4 | miscellaneous household goods and furnishings | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 5 | necessary clothing and wearing apparel | $800.00 | $0.00 | DA | $0.00 | FA |
| 6 | term life insurance policy | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | 100% interest in Capital & Acquisition Advisors, Inc. | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | future interest in inheritance to be received from Mother's estate | $5,792.00 | $4,792.00 | | $4,676.49 | FA |
| 9 | 1999 Audi A4 with about 116,000 miles | $2,000.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1.14 | FA |

**TOTALS (Excluding unknown value)**

| | $302,491.00 | $5,792.00 | | $4,677.63 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

10/03/2010    Share of probate estate is the asset. Consider taxes.
01/28/2011    Final report in court 2.3.2011 at 10:30 am

**Initial Projected Date Of Final Report (TFR):** 03/31/2011        **Current Projected Date Of Final Report (TFR):** 03/31/2011

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-10612 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | TOTH, Jr., GERALD FRANCIS | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6773 | Checking Acct #: | ******0612 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/13/2010 | (8) | Gerald F. Toth | | 1121-000 | $4,021.49 | | $4,021.49 |
| 07/12/2010 | (8) | Gerald F Toth JR. | | 1121-000 | $655.00 | | $4,676.49 |
| 08/13/2010 | | Transfer To Acct#******0612 | | 9999-000 | | $4,676.49 | $0.00 |
| 02/08/2011 | | Transfer From: # ******0612 | Transfer to Close Account | 9999-000 | $4,677.63 | | $4,677.63 |
| 02/08/2011 | 1 | Horace Fox | Trustee Compensation | 2100-000 | | $1,169.30 | $3,508.33 |
| 02/08/2011 | 2 | Chase Bank USA, N.A. | Final Claim #: 1; Dividend: 16.52; Amount Allowed: 14,488.73; | 7100-000 | | $773.06 | $2,735.27 |
| 02/08/2011 | 3 | Chase Bank USA, N.A. | Final Claim #: 2; Dividend: 8.72; Amount Allowed: 7,647.22; | 7100-000 | | $408.02 | $2,327.25 |
| 02/08/2011 | 4 | Chase Bank USA, N.A. | Final Claim #: 3; Dividend: 12.23; Amount Allowed: 10,726.02; | 7100-000 | | $572.30 | $1,754.95 |
| 02/08/2011 | 5 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | Final Claim #: 4; Dividend: 17.69; Amount Allowed: 15,515.83; | 7100-000 | | $827.86 | $927.09 |
| 02/08/2011 | 6 | Fia Card Srvcs, successor to BOA by American Info Source LP as Agent | Final Claim #: 5; Dividend: 19.81; Amount Allowed: 17,375.59; | 7100-000 | | $927.09 | $0.00 |

**SUBTOTALS** $9,354.12 $9,354.12

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-10612 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | TOTH, Jr., GERALD FRANCIS | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6773 | | Checking Acct #: | ******0612 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 3/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $9,354.12 | $9,354.12 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,677.63 | $4,676.49 | |
| | | | **Subtotal** | | $4,676.49 | $4,677.63 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,676.49 | $4,677.63 | |

**For the period of 3/12/2010 to 3/29/2011**      **For the entire history of the account between 05/13/2010 to 3/29/2011**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $4,676.49 | Total Compensable Receipts: | $4,676.49 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,676.49 | Total Comp/Non Comp Receipts: | $4,676.49 |
| Total Internal/Transfer Receipts: | $4,677.63 | Total Internal/Transfer Receipts: | $4,677.63 |
| | | | |
| Total Compensable Disbursements: | $4,677.63 | Total Compensable Disbursements: | $4,677.63 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,677.63 | Total Comp/Non Comp Disbursements: | $4,677.63 |
| Total Internal/Transfer Disbursements: | $4,676.49 | Total Internal/Transfer Disbursements: | $4,676.49 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-10612 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | TOTH, Jr., GERALD FRANCIS | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6773 | | | Money Market Acct #: | ******0612 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 3/12/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/13/2010 | | Transfer From Acct#******0612 | | 9999-000 | $4,676.49 | | $4,676.49 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.12 | | $4,676.61 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.19 | | $4,676.80 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.20 | | $4,677.00 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.19 | | $4,677.19 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.20 | | $4,677.39 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.20 | | $4,677.59 |
| 02/08/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 2/8/2011 | 1270-000 | $0.04 | | $4,677.63 |
| 02/08/2011 | | Transfer To: # ******0612 | Transfer to Close Account | 9999-000 | | $4,677.63 | $0.00 |
| | | | TOTALS: | | $4,677.63 | $4,677.63 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,676.49 | $4,677.63 | |
| | | | Subtotal | | $1.14 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1.14 | $0.00 | |

| For the period of 3/12/2010 to 3/29/2011 | | For the entire history of the account between 08/13/2010 to 3/29/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $1.14 | Total Compensable Receipts: | $1.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1.14 | Total Comp/Non Comp Receipts: | $1.14 |
| Total Internal/Transfer Receipts: | $4,676.49 | Total Internal/Transfer Receipts: | $4,676.49 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,677.63 | Total Internal/Transfer Disbursements: | $4,677.63 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-10612 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | TOTH, Jr., GERALD FRANCIS | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6773 | Money Market Acct #: | ******0612 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 3/12/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/29/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,677.63 | $4,677.63 | $0.00 |

**For the period of 3/12/2010 to 3/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,677.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,677.63 |
| Total Internal/Transfer Receipts: | $9,354.12 |
| | |
| Total Compensable Disbursements: | $4,677.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,677.63 |
| Total Internal/Transfer Disbursements: | $9,354.12 |

**For the entire history of the case between 03/12/2010 to 3/29/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,677.63 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,677.63 |
| Total Internal/Transfer Receipts: | $9,354.12 |
| | |
| Total Compensable Disbursements: | $4,677.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,677.63 |
| Total Internal/Transfer Disbursements: | $9,354.12 |